UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESSE YOUNG | No. 20 CR 00252<br><br>Honorable Judge Feinerman |

**ORDER**

The defendant requested to proceed with a change-of-plea via videoconference. After conferral between the Chief Judge and the assigned judge, the Court granted the request as to proceed by video-conference. This Order memorializes the required findings under CARES Act § 15002(b)(2)(A). Specifically, the Chief Judge of the Northern District of Illinois finds as follows:

1. On March 29, 2020, the Judicial Conference of the United States found that emergency conditions due to the national emergency declared by the President have affected and will materially affect the functioning of the federal courts generally.

2. Pursuant to Section 15002(b)(2), I specifically find that the hearing on violation of MSR in this case cannot be conducted in person in this district without seriously jeopardizing public health and safety. The defendant is in pretrial custody, so an in-person change of plea hearing would require detained movement from the MCC to the Courthouse, with all the attendant in-person contact between United States Marshals Service deputies, and the defendant. When transporting an in-custody defendant, security personnel cannot maintain the six-foot distance

recommended by current social-distancing guidelines. Moreover, after the change of plea, defendant will be returned to Livingston County Jail and will be held there through and including his sentencing, reintroducing the defendant to the personnel and the detainees in the facility.

On the case-specific reasons to proceed under Section 15002(b)(2)(A), the assigned judge finds:

1. Further delay of this MSR violation hearing would cause serious harm to the interests of justice. Defendant is presently in pretrial custody at the MCC. He desires to advance the case instead of waiting indefinitely for detainee production to reliably resume. A teleconference or video-conference would advance the case while minimizing potential exposure.

2. For those reasons, pursuant to Section 15002(b)(2)(A), proceeding with the MSR violation hearing by video-conference is necessary to avoid serious harm to the interests of justice.

ENTERED:

_____
Honorable Gary Feinerman
District Judge

DATE: 11/18/2021